OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

FILE COPY

COA No. 12-13-00136-CR
PD-0186-15

7/15/2015
PRIDGEN, ROBERT LYNN                    Tr. Ct. No. 29956

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 1 5 2015
TYLER TEXAS
CATHY S. LUSK, CLERK